| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  LOKEN, JAMES B | 2. Court or Organization  EIGHTH CIRCUIT | 3. Date of Report  05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  CIRCUIT JUDGE (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination,      Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  U.S. Courthouse, Suite 11W  300 South Fourth Street  Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President | Federal Bar Association, Minnesota Chapter |
| 2. Member | American Law Institute |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 30 A 10: 10   RECEIVED   FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Missouri Chapter, American College of Trial Lawyers | June 9, 2007 | St. Louis, Mo. | Speech, Regional Meeting | Lodging expense |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Valueer Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   STOCKS  (All Common) | | | | | | | | | |
| 2.   Allstate Corp. | A | Dividend | K | T | | | | | |
| 3.   Verizon Communications | A | Dividend | | | Sold | 9/10 | K | | |
| 4.   Idearc | | None | | | Sold | 3/15 | J | | |
| 5.   Bristol-Myers Squibb | A | Dividend | | | Sold | 9/10 | J | | |
| 6.   Zimmer Holdings, Inc. | | None | J | T | | | | | |
| 7.   Target Corp | A | Dividend | L | T | | | | | |
| 8.   Emerson Electric | C | Dividend | L | T | Part sold | 9/10 | K | E | |
| 9.   Exxon Corp. | A | Dividend | K | T | | | | | |
| 10.   Wachovia Corp. | D | Dividend | L | T | | | | | |
| 11.   Gabelli Equity Trust | D | Dividend | M | T | | | | | |
| 12.   Gabelli Global Multimedia Trust | A | Dividend | J | T | | | | | |
| 13.   Gabelli Utility Trust | A | Dividend | K | T | | | | | |
| 14.   Gabelli Healthcare Trust | A | Dividend | J | T | Spinoff | 6/28 | J | | From Gabelli Equity Trust |
| 15.   General Motors | A | Dividend | | | Sold | 11/30 | J | B | |
| 16.   IBM | | | | | Part sold | 9/10 | K | D | |
| 17.   IBM | | | | | Part Sold | 11/30 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM | B | Dividend | | | Sold | 12/03 | L | F | |
| 19. XCel Energy, Inc. | C | Dividend | L | T | | | | | |
| 20. CenterPoint Energy, Inc. | A | Dividend | | | Sold | 9/10 | J | | |
| 21. AT&T Inc. (formerly SBC Communications) | B | Dividend | | | Sold | 9/10 | K | A | |
| 22. Pactiv Corp. | | None | | | Sold | 9/10 | J | B | |
| 23. TXU (Texas Utilities) | | | | | Part sold | 10/18 | K | D | |
| 24. TXU (Texas Utilities) | A | Dividend | | | Sold | 11/06 | K | D | |
| 25. Cypress Semicond. Corp. | | | | | Part sold | 2/26 | K | D | |
| 26. Cypress Semicond. Corp. | | None | | | Sold | 9/10 | K | D | |
| 27. FSI International, Inc. | | None | J | T | | | | | |
| 28. Digi International | | | | | Buy | 1/30 | J | | |
| 29. Digi International | | | | | Buy | 5/23 | J | | |
| 30. Digi International | | None | K | T | Buy | 9/18 | J | | |
| 31. Communications Systems | B | Dividend | K | T | | | | | |
| 32. Nektar Therapeutics | | None | | | Sold | 12/17 | J | | |
| 33. Vishay Intertechnology | | | | | Buy | 2/28 | J | | |
| 34. Vishay Intertechnology | | None | K | T | Buy | 9/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ADC Telecommunications | | | | | Buy | 9/5 | J | | |
| 36. ADC Telecommunications | None | L | T | | Part sold | 12/17 | J | | |
| 37. Amkor Technology | | | | | Part sold | 1/3 | J | C | |
| 38. Amkor Technology | | | | | Part sold | 2/18 | J | C | |
| 39. Amkor Technology | | | | | Part sold | 4/25 | J | C | |
| 40. Amkor Technology | | | | | Part Sold | 5/29 | J | C | |
| 41. Amkor Technology | None | J | T | | Buy | 9/26 | J | | |
| 42. Conexant Systems | None | J | T | | Buy | 4/20 | J | | |
| 43. Select Comfort Corp. | None | | | | Sold | 9/18 | K | B | |
| 44. Nokia Corp. | None | | | | Sold | 4/26 | J | B | |
| 45. Oracle Corp. | None | K | T | | | | | | |
| 46. Skyworks Solutions, Inc. | None | | | | Sold | 1/23 | K | A | |
| 47. Synovis Life Technologies, Inc. | | | | | Buy | 1/30 | J | | |
| 48. Synovis Life Technologies, Inc. | | | | | Part Sold | 9/18 | K | | |
| 49. Synovis Life Technologies, Inc. | | | | | Part Sold | 9/26 | J | D | |
| 50. Synovis Life Technologies, Inc. | None | K | T | | Part Sold | 11/28 | J | B | |
| 51. Cyberoptics Corp. | None | K | T | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 53. Rudolph Technology | | None | J | T | | | | | |
| 54. Aetrium Inc. | | None | K | T | Buy | 9/16 | J | | |
| 55. Dow Chemical | A | Dividend | J | T | | | | | |
| 56. Cemex S.A. | A | Dividend | J | T | Buy | 6/7 | J | | |
| 57. Chesapeake Energy | A | Dividend | K | T | Buy | 5/23 | J | | |
| 58. Valero Energy | A | Dividend | K | T | | | | | |
| 59. Metro Health Network | | | | | Buy | 1/30 | J | | |
| 60. Metro Health Network | | | | | Buy | 4/20 | J | | |
| 61. Metro Health Network | | None | K | T | Buy | 9/18 | J | | |
| 62. Boston Scientific Corp | | None | | | Sold | 4/25 | J | | |
| 63. Possis Medical, Inc. | | | | | Buy | 2/28 | J | | |
| 64. Possis Medical, Inc. | | None | K | T | Buy | 6/8 | J | | |
| 65. Intel Corp. | A | Dividend | J | T | Buy | 2/28 | J | | |
| 66. Best Buy Co. | | | | | Buy | 4/20 | J | | |
| 67. Best Buy Co. | A | Dividend | K | T | Buy | 6/8 | J | | |
| 68. Bank of America | A | Dividend | K | T | Buy | 9/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MUTUAL FUNDS | | | | | | | | | |
| 70. Columbia Acorn Fund | E | Dividend | N | T | | | | | |
| 71. Fidelity Equity Income Fund II | D | Dividend | M | T | | | | | |
| 72. Fidelity Mn. Tax Free Fund | B | Dividend | J | T | Part Sold | 12/6 | L | B | |
| 73. Fidelity Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 74. Fidelity Japan Fund | B | Dividend | J | T | | | | | |
| 75. Fidelity Spartan Muni Income Fund | D | Dividend | N | T | Part Sold | 12/13 | K | | |
| 76. Fidelity Real Estate Fund | E | Dividend | N | T | | | | | |
| 77. Harbor International Fund | D | Dividend | M | T | | | | | |
| 78. Investment Co Amer Fund | D | Dividend | M | T | | | | | |
| 79. Mutual Beacon Fund | E | Dividend | N | T | | | | | |
| 80. New Perspective Fund | D | Dividend | L | T | | | | | |
| 81. Oppenheimer Capital Inc Fund | D | Dividend | M | T | | | | | |
| 82. Oppenheimer Strategic Income | D | Dividend | M | T | | | | | |
| 83. Vanguard Fixed Inc Fund S-T | C | Dividend | M | T | | | | | |
| 84. Vanguard Fixed Inc Fund GNMA | D | Dividend | M | T | | | | | |
| 85. Washington Mutual Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Windsor Fund | D | Dividend | L | T | | | | | |
| 87. Vanguard Hi-Yield Corp. Fund | C | Dividend | K | T | | | | | |
| 88. Vanguard Prime MM Fund | C | Dividend | J | T | | | | | |
| 89. Vanguard Short Term Corp. Fund | B | Dividend | K | T | | | | | |
| 90. Vanguard Long Term Tax Exempt Fund | B | Dividend | K | T | | | | | |
| 91. Vanguard Wellington Fund | C | Dividend | K | T | | | | | |
| 92. Vanguard Capital Value Fund | C | Dividend | K | T | | | | | |
| 93. Artisan International Fund | E | Dividend | M | T | | | | | |
| 94. Leuthold Core Inv. Fund | D | Dividend | N | T | | | | | |
| 95. Selected American Shares Fund | B | Dividend | M | T | | | | | |
| 96. Amer Century Equity Fund | D | Dividend | M | T | | | | | |
| 97. Chase Growth Fund | D | Dividend | M | T | | | | | |
| 98. Dreyfus Minn Muni Fund | B | Dividend | K | T | | | | | |
| 99. Icon Health Care Fund | D | Dividend | L | T | | | | | |
| 100. Matthews Pacific Tiger Fund | C | Dividend | M | T | | | | | |
| 101. Muhlenkamp Fund | E | Dividend | L | T | | | | | |
| 102. MISC. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Bank IRA | A | Dividend | J | T | | | | | |
| 104. F&B Building Partnership | | None | J | W | | | | | |
| 105. Vanguard Variable Annuity Plan | | None | | | Sold | 6/25 | M | F | |
| 106. Tamarack Investment Tax Free Fund | A | Dividend | J | T | | | | | |
| 107. Schwab Advance Cash Reserve Fund | B | Dividend | J | T | | | | | |
| 108. Wells Fargo Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544